

### *United States District Court*
#### DISTRICT OF OREGON
1007 United States Courthouse
1000 S.W. Third Avenue
Portland, Oregon 97204-2902

July 31, 2006

Hon. Ortrie D. Smith, Chair
JUDICIAL CONFERENCE OF THE UNITED STATES
 COMMITTEE ON FINANCIAL DISCLOSURE
One Columbus Circle, N.E.
Washington, D.C. 20544

      Re:    Calendar Year 2005 Filing
             Your Letter Dated July 17, 2006

Dear Judge Smith:

Thank you for the careful audit of my financial disclosure report.

Regarding Part VII, page 2, line 36 of my 2004 report, I enclose the response pertaining to the U.S. T-Bill. It was only a 90 day procedure. I hope this concludes the matter.

Sincerely,



ROBERT E. JONES
U.S. District Judge

Encs.

July 28, 2006



**JENSEN**
**INVESTMENT**
**MANAGEMENT**



Portland, OR 97204-3721

503-274-2044

800-221-4384

Judge Robert E. Jones
United States District Court
1007 United States Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Dear Bob,

RECEIVED 2006 AUG 14 P 3: 25 FINANCIAL DISCLOSURE OFFICE

This responds to the request for clarification on the U.S T-Bill as required in the 2004 financial disclosure.

The only 2004 activity in your account involving a Treasury Bill was, when after a $50,000 Port of Portland Bond matured, the proceeds were invested in a 90 day T-Bill. This was invested on March 11, 2004 and matured on June 10, 2004, all within the calendar year.

At maturity of the T-bill the proceeds were reinvested in other securities as listed.

I have provided the backup detail to this transaction for your files and trust this completes the information requested. As always, please call me with any further questions or comments.

Sincerely,



Robert Zagunis
Principal

| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Robert E | 2. Court or Organization<br><br>U.S. District Court, Oregon | 3. Date of Report<br><br>05/03/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>1000 S.W. Third Avenue<br>Room 1007<br>Portland, OR 97204-2902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 05/03/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | The Rutter Group - West Publishing - Lectures - Teaching | $ 2,000.00 |
| 2. 2005 | The Rutter Group - West Publishing - Royalties | $ 16,103.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The Federal Judicial Center, Washington, D.C. | Hotel, meals, airfare (January 24-26, 2005) |
| 2. The Rutter Group | Hotel, meals, airfare (Lecture - San Diego, California, 5/22-23/05) |
| 3. The Rutter Group | Hotel, meals, airfare (Lecture - Costa Mesa, California, 5/24/05) |
| 4. The Rutter Group | Hotel, meals (Lecture - Los Angeles, California, 5/25/05) |
| 5. The Rutter Group | Hotel, meals (Lecture - Sherman Oaks, California, 5/26/05) |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 05/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories Common Stock | D | Dividend | K | T | | | | | |
| 2. Automatic Data Processing, Inc. Common Stock | D | Dividend | K | T | | | | | |
| 3. Clorox Co. Del. Common Stock | D | Dividend | K | T | | | | | |
| 4. Coca-Cola Company Common Stock | B | Dividend | K | T | | | | | |
| 5. Emerson Electric Co. Common Stock | C | Dividend | J | T | | | | | |
| 6. Gannett Company, Inc. Common Stock | E | Dividend | K | T | | | | | |
| 7. General Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 8. Johnson & Johnson Common Stock | D | Dividend | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. Omnicom Group, Inc. Common Stock | E | Dividend | K | T | | | | | |
| 12. Pepsico, Inc. Common Stock | B | Dividend | J | T | | | | | |
| 13. Sysco Corp. | A | Dividend | K | T | Buy | 4/22 | K | A | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. Alliance Govt. RESRV Money Mkt | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C=$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L=$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Bank Checking Account (J) | A | Interest | J | T | | | | | |
| 19. Wells Fargo Bank Checking Account (S) | A | Interest | J | T | | | | | |
| 20. Wells Fargo Bank Market Interest Account ██ | B | Interest | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. Robert E. Jones - Family Ins. Fund | A | Interest | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. Proctor & Gamble Co. | D | Interest | K | T | | | | | |
| 25. Minnesota Mining | C | Interest | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. Colgate Palmolive Co. | A | Dividend | K | T | | | | | |
| 28. Fannie Mae | C | Dividend | K | T | Sell | 4/22 | K | A | |
| 29. Jensen Portfolio | D | Dividend | K | T | | | | | |
| 30. Fed. Home Loan Banks Cons. Bds. | G | Dividend | M | T | Sell | 8/15 | K | A | |
| 31. Jensen Portfolio J Shares | E | Dividend | K | T | | | | | |
| 32. Jensen Portfolio J Shares | D | Dividend | J | T | | | | | |
| 33. Jensen Portfolio J Shares | D | Dividend | J | T | | | | | |
| 34. McGraw Hill Companies | E | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Patterson Companies | E | Dividend | K | T | | | | | |
| 36. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 05/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

All teaching income was preapproved by Chief Judge Schroeder of the Ninth Circuit.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 05/03/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 05/03/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____ May 2, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544